IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Holly Geraci | ) | Case No. 15-cv-2466 |
| Plaintiff-Appellant | ) | Judge: Matthew F. Kennelly |
| v. | ) | |
| Union Square Condominium Association | ) | |
| Defendant-Appellee | ) | |

## Notice of Appeal

NOW COMES the Plaintiff-Appellant, Holly Geraci, through her undersigned counsel and pursuant to Federal Rule of Appellate Procedure 3(a) hereby files her notice of appeal to the United States Court of Appeals for the Seventh Circuit pursuant to 28 U.S.C. § 1291 from the judgment entered on the jury's verdict of April 20, 2017.

Dated: May 3, 2017                             Respectfully Submitted: Holly B. Geraci

By: */s/ Jonathan D. Parker*
Jonathan D. Parker
Geraci Law LLC
55 E. Monroe St., #3400
Chicago, IL 60603
Ph: 312-499-6201
Fax: 877-247-1960
par@geracilaw.com