AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

HOLLY GERACI,                          )
                                        )
                        v.              )     Case No.: 15CV2466
UNION SQUARE CONDOMINIUM               )
ASSOCIATION,                            )
                                        )

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___04/21/2017___ against ___HOLLY GERACI___,
                                                          *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ............................................................. $ | |
| Fees for service of summons and subpoena ................................................. | 110.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 13,749.25 |
| Fees and disbursements for printing ...................................................... | |
| Fees for witnesses *(itemize on page two)* ................................................. | 879.66 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case.................................................. | 4,685.38 |
| Docket fees under 28 U.S.C. 1923 ....................................................... | |
| Costs as shown on Mandate of Court of Appeals ........................................... | |
| Compensation of court-appointed experts ................................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ............................................................ | 31.75 |
| TOTAL   $ | 19,456.04 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✔] Electronic service         [ ] First class mail, postage prepaid

[ ] Other:

s/ Attorney:   ___Graham P. Miller___

        Name of Attorney:  Graham P. Miller

For:   ___Union Square Condominium Association___     Date:   ___09/01/2017___
              *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
    *Clerk of Court*                     *Deputy Clerk*             *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
| Robin DiBuono | | 46.42 | | | | | $46.42 |
| John Himmell | | 41.38 | | | | | $41.38 |
| Angelique Guinn | | 51.86 | | | | | $51.86 |
| Kathy P. Goggin, Py.d. | | 700.00 | | | | | $700.00 |
| Peter Francis Geraci | | 40.00 | | | | | $40.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $879.66 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Holly Geraci, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 15cv2466 |
| | ) | |
| Union Square Condominium Association, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S REVISED ITEMIZATION FOR BILL OF COSTS**

| Deposition Transcripts, Videographer, and Court Reporting Costs |
|---|

| Deponent | Date | Court Reporter | Binding/ Delivery | Video | Amount |
|---|---|---|---|---|---|
| Holly Geraci | 10/7/15 | $1,562.55 -$345.10 for rough draft | $35.00 | | $1,252.45 |
| Peter Geraci | 10/8/15 | $906.80 | $35.00 | | $941.80 |
| Evan McKenzie | 8/11/160 | $546.80 | $6.00 | | $552.80 |
| Transcript of Proceedings | 7/11/16 pm | $471.90 | | | $471.90 |
| Alysia Coleman | 3/25/16 | $283.80 | -$25.60 for expedited delivery | | $258.20 |
| Michael Neller | 3/25/16 | $333.25 | -$25.60 for expedited delivery | | $307.65 |
| Barbara Burke | 2/25/16 | $358.70 | -$49.70 for expedited delivery | | $309.00 |

| | | | | | |
|---|---|---|---|---|---|
| John Holmes | 2/25/16 | $313.45 | -$41.30 for expedited delivery | | $272.15 |
| Kathy P. Goggin, Psy.D. | 2/9/16 | $922.05 | $10.00 | | $932.05 |
| John Himmel | 12/16/15 | $516.50 | | | $516.50 |
| Robin DiBuono | 12/4/15 | $377.65 | | | $377.65 |
| Jordan M. Cramer | 12/22/15 | $580.75 | -$47.60 for expedited delivery | | $533.17 |
| Kerry Fitzpatrick | 11/20/15 | $394.70 | | | $394.70 |
| Barry Axler | 11/20/15 | $234.40 | | | $234.40 |
| Transcript of Proceedings | 12/23/15 | $106.70 | | | $106.70 |
| Angelique Guinn | 11/11/15 | $361.50 | | | $361.50 |
| James Palmich | 11/12/15 | $540.90 | | | $540.90 |
| Stuart Fullett | 10/13/15 | $520.35 | | | $520.35 |
| Edina Vulic | 10/16/15 | $1,066.75 | -$291.00 expedited delivery | | $775.75 |
| Jay Schiesser | 10/23/15 | $712.85 | -$122.40 expedited delivery | | $590.45 |
| Venus Peters | 10/23/15 | $418.30 | -$75.20 expedited delivery | | $343.10 |
| Carolyn Gardner | 10/12/15 | $1031.90 -$259.50 for rough draft | | $0.00 | $772.40 |
| Kerry Fitzpatrick | 11/6/15 | $140.00 (Appearance only) | | | $140.00 |

| Transcript of Proceedings for Pre-trial & Trial | 4/13/17, 4/17/17 to 4/20/17 | $2,243.70 | | | $2,243.70 |
|---|---|---|---|---|---|
| **Total** | | | | | **$13,749.25** |

| **Witness Fees** |
|---|

| Date | Description | Amount |
|---|---|---|
| 3/17/17 | Robin DiBuono | $46.42 |
| 3/17/17 | John Himmell | $41.38 |
| 3/17/17 | Angelique Guinn | $51.86 |
| 2/6/16 | Kathy P. Goggin, Phy.D | $700.00 |
| 8/31/15 | Peter Francis Geraci | $40.00 |
| **Total** | | **$879.66** |

| **Fees for Service of Subpoenas** |
|---|

| 4/10/17 | Todd M. Martinson, Private Detective | $55.00 |
|---|---|---|
| 3/28/17 | Todd Martinson, Private Detective | $55.00 |
| **Total** | | $110.00 |

| **Fees for Copies of Materials Necessarily Obtained for Use in the Case** |
|---|

| Date | Description | Amount |
|---|---|---|
| 9/8/16 | Record Copy Services | $131.40 |
| 10/21/16 | Record Copy Services | $35.20 |
| 6/14/15 | Rodolfo Herrera, Clerk (copies) | $49.50 |
| 4/3/17 | Record Copy Services | $98.50 |
| 4/7/17 | Record Copy Services | $103.35 |

| 4/7/17 | Record Copy Services | $3,483.28 |
|--------|---------------------|-----------|
| 4/13/17 | Record Copy Services | $784.15 |
| **Total** | | $4,685.38 |

## Other Costs

| Date | Description | Amount |
|------|-------------|--------|
| 3/8/16 | UPS | $31.75 |
| **Total** | | $31.75 |

## Totals

| Description | Amount |
|-------------|--------|
| Deposition Transcripts, Videographer & Court Reporting Costs | $13,749.25 |
| Witness Fees | $879.66 |
| Fees for Service of Subpoenas | $110.00 |
| Fees for Copies of Materials necessarily obtained for use in the case | $4,685.38 |
| Other Costs | $31.75 |
| **TOTAL OF ALL SECTIONS** | $19,456.04 |

Respectfully submitted,

Graham P. Miller (6290240)          BORKAN & SCAHILL, LTD.
BORKAN & SCAHILL, LTD.
20 South Clark, Suite 1700          /s/ Graham P. Miller
Chicago, IL 60603                        Graham P. Miller
(312) 580-1030

10369

# INVOICE

U.S. Legal Support - Chicago
200 West Jackson
Suite 600
Chicago, IL 60606
Phone:312-236-8352   Fax:312-236-3344

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 520929 | 11/4/2015 | 449812 |
| **Job Date** | **Case No.** | |
| 10/7/2015 | 15CV2466 | |
| **Case Name** | | |
| Holly Geraci vs Union Square Condominium Association | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Graham Miller, Esquire
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Holly Geraci | | | | | |
| | 231.00 | Pages | @ | 3.95 | 912.45 |
| Rough Draft | 203.00 | | @ | 1.70 | 345.10 |
| Appearance Fee - Chicago - 1st 2 hours | | | | 105.00 | 105.00 |
| Appearance Fee - Chicago - addl hours | 4.00 | Hours | @ | 50.00 | 200.00 |
| Electronic Transcript Files | | | | 35.00 | 35.00 |

| | |
|---|---|
| **TOTAL DUE >>>** | **$1,597.55** |
| AFTER 12/19/2015  PAY | $1,757.31 |

Online bill pay available at www.uslegalsupport.com

Original transcript in email only with PDF exhibits sent to gmiller@borkanscahill.com on October 21, 2015.

Thank you for choosing U.S. Legal Support!

PAID  DEC - 9 2015

**Tax ID:** 76-0523238                                        Phone: 312-580-1030   Fax:

*Please detach bottom portion and return with payment.*

Graham Miller, Esquire
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603

Invoice No.     :  520929
Invoice Date   :  11/4/2015
**Total Due      :  $ 1,597.55**
AFTER 12/19/2015 PAY  $1,757.31

Remit To: **U.S. Legal Support (Chicago, Ill Reporting)**
          **P.O. Box 4772-11**
          **Houston, TX  77210-4772**

Job No.      :  449812
BU ID        :  50-Chicago
Case No.     :  15CV2466
Case Name  :  Holly Geraci vs Union Square Condominium
               Association

# INVOICE

U.S. Legal Support - Chicago
200 West Jackson
Suite 600
Chicago, IL 60606
Phone:312-236-8352   Fax:312-236-3344

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 521312 | 11/4/2015 | 449814 |
| **Job Date** | **Case No.** | |
| 10/8/2015 | 15CV2466 | |
| **Case Name** | | |
| Holly Geraci vs Union Square Condominium Association | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Graham Miller, Esquire
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603

| ORIGINAL TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Peter Francis Geraci | 184.00 Pages | @ | 3.95 | 726.80 |
| Appearance Fee - Chicago - 1st 2 hours | | | 105.00 | 105.00 |
| Appearance Fee - Chicago - addl hours | 1.50 Hours | @ | 50.00 | 75.00 |
| Electronic Transcript Files | | | 35.00 | 35.00 |
| | **TOTAL DUE >>>** | | | **$941.80** |
| | AFTER 12/19/2015 PAY | | | $1,035.98 |

Online bill pay available at www.uslegalsupport.com

Original transcript in email only with PDF exhibits sent to gmiller@borkanscahill.com on October 22, 2015.

Thank you for choosing U.S. Legal Support!

PAID DEC - 9 2015

**Tax ID:** 76-0523238                                                          Phone: 312-580-1030   Fax:

*Please detach bottom portion and return with payment.*

Graham Miller, Esquire
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603

Invoice No.    :  521312
Invoice Date   :  11/4/2015
**Total Due**    **:  $ 941.80**
AFTER 12/19/2015 PAY  $1,035.98

Remit To: **U.S. Legal Support (Chicago, Ill Reporting)**
          **P.O. Box 4772-11**
          **Houston, TX  77210-4772**

Job No.      :  449814
BU ID        :  50-Chicago
Case No.     :  15CV2466
Case Name    :  Holly Geraci vs Union Square Condominium
                 Association

10369

**LYNETTE M. MALAK, C.S.R.**
**16931 MARILYN DRIVE**
**TINLEY PARK, IL 60477**
**708.429.3509**

RE:   **GERACI -vs- UNION SQUARE**                          Invoice #2593
        DEP OF EVAN McKENZIE, 6/29/16                        Date: 8/11/16

BILL TO:
BORKAN & SCAHILL, LTD.
MR. GRAHAM MILLER
20 SOUTH CLARK STREET
SUITE 1700
CHICAGO, ILLINOIS 60603

| DESCRIPTION: | QTY | RATE | EXT |
|---|---|---|---|
| ATTENDANCE FEE | 1 | 125.00 | 125.00 |
| ADD'L ATTENDANCE FEE | 2 | 30.00 | 60.00 |
| TRANSCRIPT PAGES - Original | 108 | 3.35 | 361.80 |
| DELIVERY | 1 | 6.00 | 6.00 |

                                    PLEASE PAY                    552.80

                                        PAID  AUG 3 0. 2016

                        EIN NO. 20-3616446                Rec 969

10369

**Veritext Midwest**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| Bill To: | Jeffrey D. Swanson, Esq | Invoice #: | CHI2703845 |
|---|---|---|---|
| | Fullett Rosenlund Anderson PC | Invoice Date: | 7/29/2016 |
| | 430-440 Tesler Rd | Balance Due: | $471.90 |
| | Lake Zurich, IL, 60047 | | |

| | |
|---|---|
| Case: | Geraci, Holly B. v. Lieberman Management Services, Inc., et al. |
| Job #: | 2344910 | Job Date: 7/11/2016 | Delivery: Expedited |
| Billing Atty: | Jeffrey D. Swanson, Esq |
| Location: | The Richard Daley Center |
| | 50 W. Washington St. | Courtroom 2007 | Chicago, IL 60602 |
| Sched Atty: | Jefferey O. Katz | Patterson Law Firm PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| PM Session | Certified Transcript – Hearing/Arbitration | Page | 143.00 | $3.30 | $471.90 |
| Notes: | | | Invoice Total: | | $471.90 |
| | | | Payment: | | $0.00 |
| | | | Credit: | | $0.00 |
| | | | Interest: | | $0.00 |
| | | | Balance Due: | | $471.90 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

PAID AUG 3 0 2016

#3512

**To pay online, go to
www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

129765

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CHI2703845 |
|---|---|
| Job #: | 2344910 |
| Invoice Date: | 7/29/2016 |
| Balance: | $471.90 |

TS

10369

## Veritext Midwest

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| Bill To: | Graham P. Miller, Esq.<br>Borkan & Scahill LTD<br>20 S Clark St.<br>Suite 1700<br>Chicago, IL, 60603-1822 | Invoice #: | CHI2598231 |
|---|---|---|---|
| | | Invoice Date: | 4/6/2016 |
| | | Balance Due: | $617.05 |

| Case: | Geraci, Holly v. Union Square Condominium Association |
|---|---|
| Job #: | 2266059 \| Job Date: 3/25/2016 \| Delivery: Normal |
| Billing Atty: | Graham P. Miller, Esq. |
| Location: | Patterson Law Firm PC - One N LaSalle St<br>One N LaSalle St \| Ste 2100 \| Chicago, IL 60602 |
| Sched Atty: | Jefferey O. Katz \| Patterson Law Firm PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Alysia Coleman | Certified Transcript - Medical, Technical or Video | Page | 64.00 | $3.25 | $208.00 |
| | Certified Transcript - Expedited - Medical, Technical or Video | Page | 64.00 | $0.40 | $25.60 |
| | Exhibits | Per Page | 14.00 | $0.55 | $7.70 |
| | Litigation Package | 1 | 1.00 | $42.50 | $42.50 |
| Michael Neller | Certified Transcript - Medical, Technical or Video | Page | 64.00 | $3.25 | $208.00 |
| | Certified Transcript - Expedited - Medical, Technical or Video | Page | 64.00 | $0.40 | $25.60 |
| | Exhibits | Per Page | 63.00 | $0.55 | $34.65 |
| | Litigation Package | 1 | 1.00 | $42.50 | $42.50 |
| | Shipping & Handling | Package | 1.00 | $22.50 | $22.50 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $617.05 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $617.05 |

**P A I D**  APR 1 9 2016

Ref # 893



TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

| To pay online, go to<br>**www.veritext.com**<br><br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>**Veritext**<br>P.O. Box 71303<br>**Chicago IL 60694-1303** | Invoice #: | CHI2598231 |
|---|---|---|---|
| | | Job #: | 2266059 |
| | | Invoice Date: | 4/6/2016 |
| | | Balance: | $617.05 |

41716

*10369*

## Veritext Midwest

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| Bill To: | Graham P. Miller, Esq.<br>Borkan & Scahill LTD<br>20 S Clark St.<br>Suite 1700<br>Chicago, IL, 60603-1822 | | **Invoice #:** | CHI2569144 |
|---|---|---|---|---|
| | | | **Invoice Date:** | 3/7/2016 |
| | | | **Balance Due:** | $672.15 |

| | |
|---|---|
| **Case:** | Geraci, Holly v. Union Square Condominium Association |
| **Job #:** | 2230446 \| Job Date: 2/25/2016 \| Delivery: Expedited |
| **Billing Atty:** | Graham P. Miller, Esq. |
| **Location:** | Patterson Law Firm PC - One N LaSalle St |
| | One N LaSalle St \| Ste 2100 \| Chicago, IL 60602 |
| **Sched Atty:** | Jefferey O. Katz \| Patterson Law Firm PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript - Medical, Technical or Video | Page | 71.00 | $3.25 | $230.75 |
| Barbara Burke | Certified Transcript - Expedited - Medical, Technical or Video | Page | 71.00 | $0.70 | $49.70 |
| | Exhibits | Per Page | 65.00 | $0.55 | $35.75 |
| | Litigation Package | 1 | 1.00 | $42.50 | $42.50 |
| | Certified Transcript - Medical, Technical or Video | Page | 59.00 | $3.25 | $191.75 |
| John Holmes | Certified Transcript - Expedited - Medical, Technical or Video | Page | 59.00 | $0.70 | $41.30 |
| | Exhibits | Per Page | 28.00 | $0.55 | $15.40 |
| | Litigation Package | 1 | 1.00 | $42.50 | $42.50 |
| | Shipping & Handling | Package | 1.00 | $22.50 | $22.50 |

| Notes: | | Invoice Total: | $672.15 |
|---|---|---|---|
| | | Payment: | $0.00 |
| PAID MAR 29 2016 | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| *Rfb 874* | | Balance Due: | $672.15 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

41718

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Please remit payment to: | Invoice #: | CHI2569144 |
|---|---|---|
| **Veritext** | Job #: | 2230446 |
| **P.O. Box 71303** | Invoice Date: | 3/7/2016 |
| **Chicago IL 60694-1303** | Balance: | $672.15 |

# INVOICE

10369

U.S. Legal Support - Chicago
200 West Jackson
Suite 600
Chicago, IL 60606
Phone:312-236-8352  Fax:312-236-3344

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 548043 | 2/23/2016 | 475673 |
| **Job Date** | **Case No.** | |
| 2/9/2016 | 15CV2466 | |
| **Case Name** | | |
| Holly Geraci vs Union Square Condominium Association | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Graham Miller, Esquire
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Kathy P. Goggin, Psy.D. | 179.00 Pages | @ | 3.95 | 707.05 |
| Appearance Fee - Chicago - 1st 2 hours | | | 105.00 | 105.00 |
| Appearance Fee - Chicago - addl hours | 1.50 Hours | @ | 50.00 | 75.00 |
| Litigation Support Package | | | 35.00 | 35.00 |
| Handle/Process | | | 10.00 | 10.00 |

TOTAL DUE >>>  **$932.05**
AFTER 4/8/2016 PAY  $1,071.86

Online bill pay available at www.uslegalsupport.com

Original electronic transcript with PDF exhibits ordered email only and sent to gmiller@borkanscahill.com on February 22, 2016.

Thank you for choosing U.S. Legal Support!

PAID  MAR - 9 2016
R4/6 *858

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238

Phone: 312-580-1030   Fax:

---

*Please detach bottom portion and return with payment.*

Graham Miller, Esquire
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603

Job No.    : 475673        BU ID    : 50-Chicago
Case No.   : 15CV2466
Case Name  : Holly Geraci vs Union Square Condominium
             Association

Invoice No. : 548043      Invoice Date : 2/23/2016
**Total Due : $ 932.05**
AFTER 4/8/2016 PAY $1,071.86

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **U.S. Legal Support (Chicago, Ill Reporting)**
**P.O. Box 4772-11**
**Houston, TX  77210-4772**

/0369

## Veritext Midwest

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



VERITEXT
LEGAL SOLUTIONS

**Bill To:** Graham P. Miller, Esq.
Borkan & Scahill LTD
20 S Clark St.
Suite 1700
Chicago, IL, 60603-1822

| | |
|---|---|
| Invoice #: | CHI2527846 |
| Invoice Date: | 1/19/2016 |
| Balance Due: | $516.50 |

| | |
|---|---|
| **Case:** | Geraci, Holly v. Union Square Condominium Association |
| **Job #:** | 2202231 | Job Date: 12/16/2015 | Delivery: Normal |
| **Billing Atty:** | Graham P. Miller, Esq. |
| **Location:** | The Patterson Law Firm |
| | One North LaSalle Street | Ste. 2100 | Chicago, IL 60602 |
| **Sched Atty:** | Jefferey O. Katz | Patterson Law Firm PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| John Himmel | Certified Transcript - Medical, Technical & Video | Page | 131.00 | $3.25 | $425.75 |
| | Exhibits | Per Page | 165.00 | $0.55 | $90.75 |

| Notes: | | | | Invoice Total: | $516.50 |
|---|---|---|---|---|---|
| | | | | Payment: | $0.00 |
| | | | | Credit: | $0.00 |
| | | | | Interest: | $0.00 |
| | | | | Balance Due: | $516.50 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

P A I D  FEB 1 0 2016



To pay online, go to
www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| Invoice #: | CHI2527846 |
| Job #: | 2202231 |
| Invoice Date: | 1/19/2016 |
| Balance: | $516.50 |

41718

10365

## Veritext Midwest

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| Bill To: | Graham P. Miller, Esq. | | |
|---|---|---|---|
| | Borkan & Scahill LTD | | |
| | 20 S Clark St. | | |
| | Suite 1700 | | |
| | Chicago, IL, 60603-1822 | | |

| | |
|---|---|
| **Invoice #:** | CHI2508269 |
| **Invoice Date:** | 12/21/2015 |
| **Balance Due:** | $377.65 |

| | |
|---|---|
| **Case:** | Geraci, Holly v. Union Square Condominium Association |
| **Job #:** | 2191738 \| Job Date: 12/4/2015 \| Delivery: Normal |
| **Billing Atty:** | Graham P, Miller, Esq. |
| **Location:** | The Patterson Law Firm |
| | One North LaSalle Street \| Ste. 2100 \| Chicago, IL 60602 |
| **Sched Atty:** | Jefferey O. Katz \| Patterson Law Firm PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Robin Di Buono | Certified Transcript - Medical, Technical & Video | Page | 114.00 | $3.25 | $370.50 |
| | Exhibits | Per Page | 13.00 | $0.55 | $7.15 |

| Notes: | | | |
|---|---|---|---|
| | **Invoice Total:** | $377.65 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $377.65 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

PAID FEB 10 2016

ref # 837

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

41718

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CHI2508269 |
| **Job #:** | 2191738 |
| **Invoice Date:** | 12/21/2015 |
| **Balance:** | $377.65 |

*10369*

## Veritext Midwest

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



**Bill To:** Graham P. Miller, Esq.
Borkan & Scahill LTD
20 S Clark St.
Suite 1700
Chicago, IL, 60603-1822

| | |
|---|---|
| **Invoice #:** | CHI2499973 |
| **Invoice Date:** | 12/11/2015 |
| **Balance Due:** | $580.75 |

| | |
|---|---|
| **Case:** | Geraci, Holly v. United Square Condominium Association |
| **Job #:** | 2190755 \| Job Date: 12/2/2015 \| Delivery: Normal |
| **Billing Atty:** | Graham P. Miller, Esq. |
| **Location:** | The Patterson Law Firm |
| | One North LaSalle Street \| Ste. 2100 \| Chicago, IL 60602 |
| **Sched Atty:** | Jefferey O. Katz \| Patterson Law Firm PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript - Medical, Technical & Video | Page | 119.00 | $3.25 | $386.75 |
| Jordan M. Cramer | Certified Transcript - Expedited - Medical, Technical & Video | Page | 119.00 | $0.40 | $47.60 |
| | Exhibits | Per Page | 366.00 | $0.40 | $146.40 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $580.75 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $580.75 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

PAID FEB 10 2016

#837



**To pay online, go to
www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

41718

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | CHI2499973 |
| Job #: | 2190755 |
| Invoice Date: | 12/11/2015 |
| Balance: | $580.75 |

#70169

**LYNETTE M. MALAK, C.S.R.**
16931 MARILYN DRIVE
TINLEY PARK, IL 60477
708.429.3509

RE: GERACI -vs- UNION SQUARE
DEP OF KERRY FITZPATRICK, 11/20/15

Invoice #2419
Date: 1/25/16

**BILL TO:**
BORKAN & SCAHILL, LTD.
MR. GRAHAM MILLER
20 SOUTH CLARK STREET
SUITE 1700
CHICAGO, IL 60603

| DESCRIPTION: | QTY | RATE | EXT |
|---|---|---|---|
| ATTENDANCE FEE | 1 | 125.00 | 125.00 |
| ADD'L ATTENDANCE FEE | 1 | 30.00 | 30.00 |
| TRANSCRIPT PAGES - COPY | 102 | 2.35 | 239.70 |
| DELIVERY | | | |

PLEASE PAY                394.70

EIN NO. 20-3616446

PAID FEB 1 0 2016
R#6 827

10369

LYNETTE M. MALAK, C.S.R.
16931 MARILYN DRIVE
TINLEY PARK, IL 60477
708.429.3509

RE: GERACI -vs- UNION SQUARE                        Invoice #2418
DEP OF BARRY AXLER, 11/20/15                         Date: 1/25/16

**BILL TO:**
BORKAN & SCAHILL, LTD.
MR. GRAHAM MILLER
20 SOUTH CLARK STREET
SUITE 1700
CHICAGO, IL 60603

| DESCRIPTION: | QTY | RATE | EXT |
|---|---|---|---|
| ATTENDANCE FEE | 1 | 125.00 | 125.00 |
| TRANSCRIPT PAGES - COPY | 44 | 2.35 | 103.40 |
| DELIVERY | 1 | 6.00 | 6.00 |

PLEASE PAY                                234.40

EIN NO. 20-3616446

PAID FEB 1 0 2016

Ref # 827

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 02016408

**MAKE CHECKS PAYABLE TO:**

Mr. Graham P. Miller
Borkan & Scahill, Ltd.
Suite 1700
20 South Clark Street
Chicago, IL 60603

Phone: (312) 580-1030

gmiller@borkahscahill.com

Judith A. Walsh, CSR, RDR,CRR
Walsh Studios, Inc.
Suite 1944
219 South Dearborn Street
Chicago, IL 60604

Phone: (312) 702-8865

Tax ID: 80-0602305
judith_walsh@ilnd.uscourts.gov

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL ☒ CIVIL | 01-11-2016 | |

Case Style: 15 CV 02466, Geraci v Union Square

Deposit to prepare transcript of proceedings held 12/23/2015 before the
Hon. Matthew Kennelly. Once your payment is received, the transcript will
be prepared and emailed to you.
Thank you.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 22 | 4.85 | 106.70 | | | | | | | 106.70 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 106.70 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | LESS AMOUNT OF DEPOSIT: | | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | | | | | TOTAL DUE: | | | | $106.70 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | | DATE |
|---|---|---|
| | | 01-12-2016 |

(All previous editions of this form are
cancelled and should be destroyed)

**BORKAN & SCAHILL LTD**
20 S CLARK ST STE 1700
CHICAGO, IL 60603

3360

7-173/710

DATE 1-13-16

PAY TO THE ORDER OF Judith A. Walsh, CSR                    $ 106.70

One Hundred Six + 70/100 _____ DOLLARS

**mb financial bank**

FOR Geller, 10569

⑈003360⑈ ⑆071001737⑆ 40000176711⑈

13369

**Veritext Midwest**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| | | | | |
|---|---|---|---|---|
| **Bill To:** | Graham P. Miller, Esq. | | **Invoice #:** | CHI2495937 |
| | Borkan & Scahill LTD | | **Invoice Date:** | 12/8/2015 |
| | 20 S Clark St. | | **Balance Due:** | $361.50 |
| | Suite 1700 | | | |
| | Chicago, IL, 60603-1822 | | | |

| | |
|---|---|
| **Case:** | Geraci, Holly v. USCA |
| **Job #:** | 2183539 \| Job Date: 11/11/2015 \| Delivery: Normal |
| **Billing Atty:** | Graham P. Miller, Esq. |
| **Location:** | Patterson Law Firm PC - One North LaSalle Street |
| | One North LaSalle Street \| Suite 2100 \| Chicago, IL 60802 |
| **Sched Atty:** | Jefferey O. Katz \| Patterson Law Firm PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Anglique Guinn | Certified Transcript - Medical, Technical & Video | Page | 96.00 | $3.25 | $312.00 |
| | Exhibits | Per Page | 90.00 | $0.55 | $49.50 |

| Notes: | | | | | |
|---|---|---|---|---|---|
| | | | **Invoice Total:** | | $361.50 |
| | | | **Payment:** | | $0.00 |
| | | | **Credit:** | | $0.00 |
| | | | **Interest:** | | $0.00 |
| | | | **Balance Due:** | | $361.50 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

PAID DEC 2 2 2015

*[handwritten signature]* 85

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

41718

| | |
|---|---|
| **Please remit payment to:** | |
| **Veritext** | |
| **P.O. Box 71303** | |
| **Chicago IL 60694-1303** | |

| | |
|---|---|
| **Invoice #:** | CHI2495937 |
| **Job #:** | 2183539 |
| **Invoice Date:** | 12/8/2015 |
| **Balance:** | $361.50 |

TS

10369

## Veritext Midwest

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| **Bill To:** | Graham P. Miller, Esq.<br>Borkan & Scahill LTD<br>20 S Clark St.<br>Suite 1700<br>Chicago, IL, 60603-1822 | | **Invoice #:** | CHI2489168 |
|---|---|---|---|---|
| | | | **Invoice Date:** | 11/30/2015 |
| | | | **Balance Due:** | $540.90 |

| **Case:** | Geraci, Holly v. USCA |
|---|---|
| **Job #:** | 2178813 \| Job Date: 11/12/2015 \| Delivery: Normal |
| **Billing Atty:** | Graham P. Miller, Esq. |
| **Location:** | The Patterson Law Firm |
| | One North LaSalle Street \| Ste. 2100 \| Chicago, IL 60602 |
| **Sched Atty:** | Jefferey O. Katz \| Patterson Law Firm PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| James Palmich | Certified Transcript - Medical, Technical & Video | Page | 127.00 | $3.25 | $412.75 |
| | Exhibits | Per Page | 233.00 | $0.55 | $128.15 |

| Notes: | | **Invoice Total:** | $540.90 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $540.90 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

PAID DEC 22 2015

RMB 815

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

41716

| **Please remit payment to:** |
|---|
| **Veritext** |
| **P.O. Box 71303** |
| **Chicago IL 60694-1303** |

| **Invoice #:** | CHI2489168 |
|---|---|
| **Job #:** | 2178813 |
| **Invoice Date:** | 11/30/2015 |
| **Balance:** | $540.90 |



**Veritext Midwest**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| | | | |
|---|---|---|---|
| **Bill To:** Graham P. Miller | | **Invoice #:** | CHI2465042 |
| Borkin Scahlil | | **Invoice Date:** | 11/2/2015 |
| 20 South Clark Street | | **Balance Due:** | $520.35 |
| Suite 1700 | | | |
| Chicago, IL, 60603 | | | |

| | |
|---|---|
| **Case:** | Geraci, Holly v. Union Square Condominium Association |
| **Job #:** | 2156187 \| Job Date: 10/13/2015 \| Delivery: Normal |
| **Billing Atty:** | Graham P. Miller |
| **Location:** | Patterson Law Firm PC - One North LaSalle Street |
| | One North LaSalle Street \| Suite 2100 \| Chicago, IL 60602 |
| **Sched Atty:** | Jeffery O. Katz \| Patterson Law Firm PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Stuart Fullett | Certified Transcript - Medical, Technical & Video | Page | 142.00 | $3.25 | $461.50 |
| | Exhibits | Per Page | 107.00 | $0.55 | $58.85 |

| Notes: | | | |
|---|---|---|---|
| | **Invoice Total:** | $520.35 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $520.35 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our service please consult http://www.veritext.com/services/all-services/service-information

PAID DEC - 9 2015

| | | |
|---|---|---|
| | **Invoice #:** | CHI2465042 |
| **To pay online, go to** | **Job #:** | 2156187 |
| **www.Veritext.com** | | |
| Veritext accepts all major credit cards | **Please remit payment to:** | **Invoice Date:** | 11/2/2015 |
| (American Express, Mastercard, Visa, Discover) | **Veritext** | **Balance:** | $520.35 |
| 129694 | **P.O. Box 71303** | | |
| | **Chicago IL 60694-1303** | | |

10369

## Veritext Midwest

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

**Bill To:** Graham P. Miller, Esq.
Borkan & Scahill LTD
20 S Clark St.
Suite 1700
Chicago, IL, 60603-1822

| | |
|---|---|
| **Invoice #:** | CHI2463454 |
| **Invoice Date:** | 10/30/2015 |
| **Balance Due:** | $1,066.75 |

| | |
|---|---|
| **Case:** | Geraci, Holly v. Union Square Condominium Association |
| **Job #:** | 2156196 \| Job Date: 10/16/2015 \| Delivery: Normal |
| **Billing Atty:** | Graham P. Miller, Esq. |
| **Location:** | Patterson Law Firm PC - One North LaSalle Street |
| | One North LaSalle Street \| Suite 2100 \| Chicago, IL 60602 |
| **Sched Atty:** | Jefferey O. Katz \| Patterson Law Firm PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 224.00 | $2.95 | $660.80 |
| Edina Vulic | Exhibits | Per Page | 209.00 | $0.55 | $114.95 |
| | Rough Draft | Page | 194.00 | $1.50 | $291.00 |

| Notes: | | | |
|---|---|---|---|
| | **Invoice Total:** | $1,066.75 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,066.75 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

PAID DEC - 9 2015

ref #801

**To pay online, go to www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CHI2463454 |
| **Job #:** | 2156196 |
| **Invoice Date:** | 10/30/2015 |
| **Balance:** | $1,066.75 |

41718

10369

## Veritext Midwest

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| Bill To: | Graham P. Miller, Esq. | | | Invoice #: | CHI2461570 |
|---|---|---|---|---|---|
| | Borkan & Scahill LTD | | | Invoice Date: | 10/29/2015 |
| | 20 S Clark St.<br>Suite 1700<br>Chicago, IL, 60603-1822 | | | Balance Due: | $1,131.15 |

| | |
|---|---|
| **Case:** | Geraci, Holly v. Union Square Condominium Association |
| **Job #:** | 2170794 \| Job Date: 10/23/2015 \| Delivery: Expedited |
| **Billing Atty:** | Graham P. Miller, Esq. |
| **Location:** | Patterson Law Firm PC - One North LaSalle Street |
| | One North LaSalle Street \| Suite 2100 \| Chicago, IL 60602 |
| **Sched Atty:** | Jefferey O. Katz \| Patterson Law Firm PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript - Medical, Technical & Video | Page | 153.00 | $3.25 | $497.25 |
| Jay Schlesser | Certified Transcript - Expedited - Medical, Technical & Video | Page | 153.00 | $0.80 | $122.40 |
| | Exhibits | Per Page | 233.00 | $0.40 | $93.20 |
| | Certified Transcript - Medical, Technical & Video | Page | 94.00 | $3.25 | $305.50 |
| Venus Peters | Certified Transcript - Expedited - Medical, Technical & Video | Page | 94.00 | $0.80 | $75.20 |
| | Exhibits | Per Page | 94.00 | $0.40 | $37.60 |

| Notes: | | Invoice Total: | $1,131.15 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,131.15 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

PAID DEC - 9 2015

| | To pay online, go to<br>www.Veritext.com | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Invoice #: | CHI2461570 |
|---|---|---|---|---|
| | | | Job #: | 2170794 |
| | Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | | Invoice Date: | 10/29/2015 |
| 41716 | | | Balance: | $1,131.15 |



## Veritext Midwest

1 North Franklin Street, Suite 3000
Chicago IL 60806
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Steven B. Borkan<br>Borkan & Scahill LTD<br>20 S Clark St.<br>Suite 1700<br>Chicago, IL, 60603-1822 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CHI2462139<br>10/29/2015<br>$1,054.40 |

| | |
|---|---|
| **Case:** | Geraci, Holly v. Union Square Condominium Association |
| **Job #:** | 2156160 \| Job Date: 10/12/2015 \| Delivery: Normal |
| **Billing Atty:** | Steven B. Borkan |
| **Location:** | Patterson Law Firm PC - One North LaSalle Street |
| | One North LaSalle Street \| Suite 2100 \| Chicago, IL 60602 |
| **Sched Atty:** | Michael Haeberle \| Patterson Law Firm PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript - Medical, Technical & Video | Page | 197.00 | $3.25 | $640.25 |
| Carolyn Gardner | Exhibits | Per Page | 163.00 | $0.55 | $89.65 |
| | Rough Draft | Page | 173.00 | $1.50 | $259.50 |
| | Depo Litigation Package | 1 | 1.00 | $42.50 | $42.50 |
| | Shipping & Handling | Package | 1.00 | $22.50 | $22.50 |

| Notes: | | Invoice Total: | $1,054.40 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,054.40 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

PAID DEC - 9 2015

---

**To pay online, go to
www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CHI2462139 |
| **Job #:** | 2156160 |
| **Invoice Date:** | 10/29/2015 |
| **Balance:** | $1,054.40 |

41716

10369

# INVOICE

U.S. Legal Support - Chicago
200 West Jackson
Suite 600
Chicago, IL 60606
Phone:312-236-8352  Fax:312-236-3344

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 526991 | 11/14/2015 | 457551 |
| **Job Date** | **Case No.** | |
| 11/6/2015 | 15CV2466 | |
| **Case Name** | | |
| Holly Geraci vs Union Square Condominium Association | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Graham Miller, Esquire
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL  60603

NO WRITE-UP
    Kerry Fitzpatrick
        Appearance Fee-Chicago-No Write-1st 2 hours            140.00     140.00

        **TOTAL DUE >>>**     **$140.00**
        AFTER 12/29/2015 PAY     $154.00

Online bill pay available at www.uslegalsupport.com

No take; late cancellation.

Thank you for choosing U.S. Legal Support!

        **(-) Payments/Credits:**     0.00
        **(+) Finance Charges/Debits:**     0.00
        **(=) New Balance:**     **$140.00**

PAID DEC - 9 2015

**Tax ID:** 76-0523238         Phone: 312-580-1030  Fax:

*Please detach bottom portion and return with payment.*

Graham Miller, Esquire
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL  60603

| | | |
|---|---|---|
| Invoice No. | : | 526991 |
| Invoice Date | : | 11/14/2015 |
| **Total Due** | **:** | **$ 140.00** |

Remit To: **U.S. Legal Support (Chicago, Ill Reporting)**
        **P.O. Box 4772-11**
        **Houston, TX  77210-4772**

| | | |
|---|---|---|
| Job No. | : | 457551 |
| BU ID | : | 50-Chicago |
| Case No. | : | 15CV2466 |
| Case Name | : | Holly Geraci vs Union Square Condominium Association |

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20170088

**MAKE CHECKS PAYABLE TO:**

ELENA FAVELA
BORKAN & SCAHILL, LTD.
Two First National Plaza
20 South Clark Street, Suite 1700
Chicago, IL 60603

Phone: (312) 580-1030

Carolyn R. Cox, RPR, CRR
Official Court Reporter
219 South Dearborn
Room 2102
Chicago, IL 60604

Phone: (312) 435-5639

| | | |
|---|---|---|
| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 04-18-2017 | DATE DELIVERED: 04-20-2017 |

Case Style: 15 C 2466, HOLLY GERACI v UNION SQUARE CONDOMINIUM
4-13-17 (73 pages), 4-17-17 (269 pages), 4-18-17 (211 pages), 4-19-17
(243 pages), 4-20-17 (159 pages) realtime and next-day tanscripts.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 797 | 1.20 | 956.40 | | | | 956.40 |
| Hourly | | | | | | | | | | |
| Realtime | | | | 613 | 2.10 | 1,287.30 | | | | 1,287.30 |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |

| | |
|---|---|
| TOTAL: | 2,243.70 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $2,243.70 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE | DATE 04-21-2017 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)



BORKAN & SCAHILL LTD
20 S CLARK ST STE 1700
CHICAGO, IL 60603

3740

2-172/710

DATE 3-17-17

PAY
TO THE
ORDER OF Robin D. Buono

$ 46.42

Forty Six and 42/100

DOLLARS

mb financial
bank..
Chicago, IL 60607

FOR Geraci, 10369

⑈003740⑈ ⑈071001737⑈ 4000017671⑈

BORKAN & SCAHILL LTD
20 S CLARK ST STE 1700
CHICAGO, IL 60603

3741

2-170/710

DATE 3-17-17

PAY TO THE ORDER OF John Himmel

$ 41.38

Forty One & 38/100 DOLLARS

mb financial Chicago, IL 60607
bank.

FOR Geraci, 10369

⑈003741⑈ ⑆071001737⑆ 40000176718⑈

**BORKAN & SCAHILL LTD**
20 S CLARK ST STE 1700
CHICAGO, IL 60603

3742

DATE 3-10-17

PAY TO THE ORDER OF Angelique Guinn                    $ 51.86

Fifty One + 86/100                                     DOLLARS

**mb financial** Chicago, IL 60607
bank..

FOR Geraci, 10569

⑈003742⑈ ⑈071001737⑈ 40000⑈7671⑈

**BORKAN & SCAHILL LTD**
20 S CLARK ST STE 1700
CHICAGO, IL 60603

3377

2-1737/710

DATE 2-8-16

PAY
TO THE
ORDER OF _Kathy P. Goggin, Psy.D._____ $ 700.00

Seven Hundred + 00/100 _____ DOLLARS

**mb financial**
bank.

FOR Geraci, 10369

⑈003377⑈ ⑆071001737⑆ 40000176718⑈

**BORKAN & SCAHILL LTD**
20 S CLARK ST STE 1700
CHICAGO, IL 60603

3235

DATE  8-31 – 15

PAY TO THE ORDER OF  Peter Francis Geraci  $ 40.00

Forty and 00/100  DOLLARS

mb financial bank

FOR  Geraci, 10369

⑈003235⑈ ⑆071001737⑆ 40000178?⑈

*10369*

# INVOICE # 12243

State of Illinois License # 115.002035

**Todd M. Martinson, Private Detective**
10 S. La Salle Suite 1230
Chicago, IL 60603
todd@toddmartinson.com
312-735-2516 (Direct) 312-268-6461 (Fax)

| *Invoice #   12243* | Please make checks payable to Todd M. Martinson, Private Detective<br>Please remit payment within 30 days of the *Date of Invoice* |
|---|---|

| Date of Invoice: | 04/10/17 |
|---|---|
| Client: | Borkan & Scahill, Ltd.<br>20 S. Clark St Suite 1700<br>Chicago, IL 60603 |
| Requested By: | E. Favela |
| Case: | 15 CV 2466<br>Holly Geraci v. Union Square Condo Assoc. |

Serve Subpoena as follows:

*John Himmel at 333 West Hubbard St. Unit 703, Chicago, IL 60654*

4/7/17 at 12:55pm - Personal Service obtained:

| Person Served:<br>Description: | John Himmel<br>Male / White / 5' 4" / Medium Build / Gray Hair / 60's |
|---|---|

I served the Subpoena with a Witness Fee check in the amount of $41.38, check # 3741.

An affidavit is attached.

| *Process Service:* | *55.00* | | |
|---|---|---|---|
| | | **Total Due:** | $    55.00 |

P A I D  APR 1 9 2017

TB

1°369

# INVOICE #  12244

State of Illinois License # 115.002035

**Todd M. Martinson, Private Detective**
10 S. La Salle Suite 1230
Chicago, IL 60603
todd@toddmartinson.com
312-735-2516 (Direct) 312-268-6461 (Fax)

| *Invoice #  12244* | Please make checks payable to Todd M. Martinson, Private Detective<br>Please remit payment within **30** days of the *Date of Invoice* |
|---|---|

| Date of Invoice: | 3/28/17 |
|---|---|
| Client: | Borkan & Scahill, Ltd.<br>20 S. Clark St Suite 1700<br>Chicago, IL 60603 |
| Requested By: | E. Favela |
| Case: | 15 CV 2466<br>Holly Geraci v. Union Square Condo Assoc. |

Serve Subpoena as follows:

*Robin DiBuono at 3216 West Augusta, Chicago, IL 60651*

3/27/17 at 6:45pm Personal Service obtained:

| Person Served:<br>Description: | Robin DiBuono<br>Female / White / 5' 6" / Medium Build / Brown Hair / 50 |
|---|---|

The witness lives in unit 3.

An affidavit is attached.

| *Process Service:* | 55.00 | | |
|---|---|---|---|
| | | **Total Due:** | $  55.00 |

PAID  APR 1 9 2017

ref # 104





41037-134084-QC

# RECORD COPY SERVICES
THIRTY NORTH LA SALLE   CHICAGO IL 60602-2592   312.726.6650
PROFESSIONAL COPY CENTRE
WWW.RECORDSERVICES.COM

**INVOICE NUMBER**
CE  12646

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

ORDERED BY   MS. ELENA FAVELA
SOLD TO   **BORKAN & SCAHILL**
20 S. CLARK ST.   S-1700
CHICAGO, IL 60603

TERMS NET 30 DAYS
FED. I.D. # 36-2422575

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|------|-----------|----------|-----------|----------|
| 9/08/16 | | 10369 | | 09086807 12646-41037 |

| TYPE OF RECORD : DISKETTE/CD-ROM OR DOCUMENT | CODE | AMOUNT |
|---|---|---|
| | YCGH | 131.40 |

NAME OF CASE   :  GERACI V. UNION SQUARE CONDOMINIUM
ASSOCIATION

COMMENTS   :
TABS

P A I D  OCT - 4 2016

Ref # 989

**TOTAL**   131.40

THANK YOU

| | | |
|---|---|---|
| A. DOCUMENT PREPARATION | F. STAPLING | L. LOCATION COPYING | Q. AUTO POSITIVES | W. AUDIO SERVICES |
| B. SPECIAL SERVICES | G. PUNCHING | M. MICROFILM ENLARGEMENTS | R. BLUEPRINTS | X. X-RAY SERVICES |
| C. COPIES | H. BINDING | N. REDUCTIONS | S. OVERSIZE COPIES | Y. DIGITAL SERVICES |
| D. COLOR COPIES | J. FOLDING | O. OFFSET PRINTING | T. SHIPPING | Z. DISK COPYING |
| E. COLLATING | K. MICROFILMING | P. PHOTOGRAPHICS | V. VIDEO SERVICES | * SEE COMMENTS |



41037-134084-QC

## RECORD COPY SERVICES
THIRTY NORTH LA SALLE   CHICAGO IL 60602-2592   312.726.6650
PROFESSIONAL COPY CENTRE
WWW.RECORDSERVICES.COM

**INVOICE NUMBER**

CE  13102

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

ORDERED BY   MS. ELENA FAVELA
SOLD TO   **BORKAN & SCAHILL**
20 S. CLARK ST.  S-1700
CHICAGO, IL 60603

TERMS NET 30 DAYS
FED. I.D. # 36-2422575

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|------|-----------|----------|-----------|----------|
| 10/21/16 | | 10369 | | 10216804 |
| | | | | 13102-41037 |

| TYPE OF RECORD : DISKETTE/CD-ROM OR DOCUMENT | CODE | AMOUNT |
|---|---|---|
| | YCGH | 35.20 |

NAME OF CASE   :   GERACI V. UNION SQUARE CONDOMINIUM
ASSOCIATION

COMMENTS   :

PAID NOV - 3 2016

R/A/0

**TOTAL**   35.20

THANK YOU

| A. DOCUMENT PREPARATION | F. STAPLING | L. LOCATION COPYING | Q. AUTO POSITIVES | W. AUDIO SERVICES |
| B. SPECIAL SERVICES | G. PUNCHING | M. MICROFILM ENLARGEMENTS | R. BLUEPRINTS | X. X-RAY SERVICES |
| C. COPIES | H. BINDING | N. REDUCTIONS | S. OVERSIZE COPIES | Y. DIGITAL SERVICES |
| D. COLOR COPIES | J. FOLDING | O. OFFSET PRINTING | T. SHIPPING | Z. DISK COPYING |
| E. COLLATING | K. MICROFILMING | P. PHOTOGRAPHICS | V. VIDEO SERVICES | ✱ SEE COMMENTS |



41037-151793-QC

# RECORD COPY SERVICES
THIRTY NORTH LA SALLE   CHICAGO IL 60602-2592   312.726.6650
PROFESSIONAL COPY CENTRE
WWW.RECORDSERVICES.COM

**INVOICE NUMBER**

CE  14674

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

ORDERED BY
SOLD TO

MS. MAYRA SALGADO
BORKAN & SCAHILL
20 S. CLARK ST.  S-1700
CHICAGO, IL 60603

TERMS NET 30 DAYS
FED. I.D. # 36-2422575

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|------|-----------|----------|-----------|----------|
| 4/03/17 | 15 CV 2466 | 10369 | | 03317810 |
| | | | | 14674-41037 |

TYPE OF RECORD  : VARIOUS DOCUMENTS
OR DOCUMENT

NAME OF CASE  : HOLLY GERACI

COMMENTS  :
TABS
COPIES SENT IN ADVANCE

PAID APR 19 2017

Ref #103

| CODE | AMOUNT |
|------|--------|
| CGH | 98.50 |

| TOTAL | 98.50 |
|-------|-------|

THANK YOU

| | | | |
|---|---|---|---|
| A. DOCUMENT PREPARATION | F. STAPLING | L. LOCATION COPYING | Q. AUTO POSITIVES | W. AUDIO SERVICES |
| B. SPECIAL SERVICES | G. PUNCHING | M. MICROFILM ENLARGEMENTS | R. BLUEPRINTS | X. X-RAY SERVICES |
| C. COPIES | H. BINDING | N. REDUCTIONS | S. OVERSIZE COPIES | Y. DIGITAL SERVICES |
| D. COLOR COPIES | J. FOLDING | O. OFFSET PRINTING | T. SHIPPING | Z. DISK COPYING |
| E. COLLATING | K. MICROFILMING | P. PHOTOGRAPHICS | V. VIDEO SERVICES | ★ SEE COMMENTS |



41037-151793-QC

# RECORD COPY SERVICES

THIRTY NORTH LA SALLE    CHICAGO IL 60602-2592    312.726.6650
PROFESSIONAL COPY CENTRE
WWW.RECORDSERVICES.COM

**INVOICE NUMBER**

CE  14727

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

ORDERED BY    MS. MAYRA SALGADO
SOLD TO    **BORKAN & SCAHILL**
20 S. CLARK ST.  S-1700
CHICAGO, IL 60603

TERMS NET 30 DAYS
FED. I.D. # 36-2422575

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|------|-----------|----------|-----------|----------|
| 4/07/17 | | 10369 | | 04067813 14727-41037 |

| | | CODE | AMOUNT |
|---|---|------|--------|
| TYPE OF RECORD : OR DOCUMENT    FLASHDRIVE | | YCGH | 103.35 |
| NAME OF CASE  : GERACI | | | |
| COMMENTS  : TABS | | | |
| | | **TOTAL** | 103.35 |
| | | | THANK YOU |

A. DOCUMENT PREPARATION
B. SPECIAL SERVICES
C. COPIES
D. COLOR COPIES
E. COLLATING

F. STAPLING
G. PUNCHING
H. BINDING
J. FOLDING
K. MICROFILMING

L. LOCATION COPYING
M. MICROFILM ENLARGEMENTS
N. REDUCTIONS
O. OFFSET PRINTING
P. PHOTOGRAPHICS

Q. AUTO POSITIVES
R. BLUEPRINTS
S. OVERSIZE COPIES
T. SHIPPING
V. VIDEO SERVICES

W. AUDIO SERVICES
X. X-RAY SERVICES
Y. DIGITAL SERVICES
Z. DISK COPYING
★ SEE COMMENTS



41037-151793-QC

# RECORD COPY SERVICES

THIRTY NORTH LA SALLE   CHICAGO IL 60602-2592   312.726.6650
PROFESSIONAL COPY CENTRE
WWW.RECORDSERVICES.COM

**INVOICE NUMBER**

CE   14735

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

ORDERED BY   MS. MAYRA SALGADO
SOLD TO     **BORKAN & SCAHILL**
            20 S. CLARK ST.  S-1700
            CHICAGO, IL 60603

TERMS NET 30 DAYS
FED. I.D. # 36-2422575

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF |
|------|-----------|----------|-----------|---------|
| 4/07/17 | | 10369 | | 04047804 |
| | | | | 14735-41037 |

| TYPE OF RECORD : FLASHDRIVE | CODE | AMOUNT |
|---|---|---|
| OR DOCUMENT | | |
| | CDGH | 3483.28 |

NAME OF CASE   :  GERACI V. UNION SQUARE

COMMENTS       :
            TABS
            COPIES SENT IN ADVANCE

**TOTAL**     3483.28

THANK YOU

| A. DOCUMENT PREPARATION | F. STAPLING | L. LOCATION COPYING | O. AUTO POSITIVES | W. AUDIO SERVICES |
|---|---|---|---|---|
| B. SPECIAL SERVICES | G. PUNCHING | M. MICROFILM ENLARGEMENTS | R. BLUEPRINTS | X. X-RAY SERVICES |
| C. COPIES | H. BINDING | N. REDUCTIONS | S. OVERSIZE COPIES | Y. DIGITAL SERVICES |
| D. COLOR COPIES | J. FOLDING | O. OFFSET PRINTING | T. SHIPPING | Z. DISK COPYING |
| E. COLLATING | K. MICROFILMING | P. PHOTOGRAPHICS | V. VIDEO SERVICES | * SEE COMMENTS |



41037-134084-QC

# RECORD COPY SERVICES

THIRTY NORTH LA SALLE   CHICAGO IL 60602-2592   312.726.6650
PROFESSIONAL COPY CENTRE
WWW.RECORDSERVICES.COM

**INVOICE NUMBER**

CE   14780

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

ORDERED BY    MS. ELENA FAVELA
SOLD TO      **BORKAN & SCAHILL**
               **20 S. CLARK ST.  S-1700**
               **CHICAGO, IL 60603**

TERMS NET 30 DAYS
FED. I.D. # 36-2422675

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|------|-----------|----------|-----------|----------|
| 4/13/17 | | 10369 | | 04127803 <br> 14780-41037 |

TYPE OF RECORD  :
OR DOCUMENT      FLASHDRIVE

NAME OF CASE   :   GERACI V. UNION SQUARE CONDO ASSN.

COMMENTS     :
         TABS
         COPIES SENT IN ADVANCE

| CODE | AMOUNT |
|------|--------|
| YCGH | 784.15 |

**TOTAL**     784.15

THANK YOU

A. DOCUMENT PREPARATION
B. SPECIAL SERVICES
C. COPIES
D. COLOR COPIES
E. COLLATING

F. STAPLING
G. PUNCHING
H. BINDING
J. FOLDING
K. MICROFILMING

L. LOCATION COPYING
M. MICROFILM ENLARGEMENTS
N. REDUCTIONS
O. OFFSET PRINTING
P. PHOTOGRAPHICS

Q. AUTO POSITIVES
R. BLUEPRINTS
S. OVERSIZE COPIES
T. SHIPPING
V. VIDEO SERVICES

W. AUDIO SERVICES
X. X-RAY SERVICES
Y. DIGITAL SERVICES
Z. DISK COPYING
✱ SEE COMMENTS

**BORKAN & SCAHILL LTD**
20 S CLARK ST STE 1700
CHICAGO, IL 60603

3148

2-173/710

DATE 6/4/15

PAY TO THE ORDER OF _Rodolfo Herrera_ $49.50

_Forty-nine + 50/100_ DOLLARS

**mb** financial
bank.™ Chicago, IL 60607

FOR 1039-copies

⑈003148⑈ ⑆071001737⑆ 400001767⑈

UPS Internet Shipping: Shipment Receipt

Page 1 of 1



 **Shipment Receipt**

**Transaction Date:** 08 Mar 2016      **Tracking Number:**      1ZT768490192857118

### 1  Address Information

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| Angelos Halaris, M.D. | Borkan & Scahill, Ltd. | Borkan & Scahill, Ltd. |
| 55 Timber Trail Drive | Elena Favela | Elena Favela |
| OAK BROOK IL 605231458 | 20 South Clark Street | 20 South Clark Street |
| Residential | Suite 1700 | Suite 1700 |
| | CHICAGO IL 60603 | CHICAGO IL 60603 |
| | Telephone:312-580-1030 | Telephone:312-580-1030 |

### 2  Package Information

| Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|
| 1.  1.0 lbs<br>(1.0 lbs billable) | UPS Letter | | Reference#1 - Geraci<br>Reference#2 - 10369 |

### 3  UPS Shipping Service and Shipping Options

| Service: | UPS Next Day Air |
|---|---|
| Guaranteed By: | 10:30 AM Wednesday, Mar 9, 2016 |
| Shipping Fees Subtotal: | 31.75 USD |
| Transportation | 27.40 USD |
| Fuel Surcharge | 0.70 USD |
| Residential Surcharge | 3.65 USD |

### 4  Payment Information

| Bill Shipping Charges to: | American Express xxxxxxxxxxxx1012 |
|---|---|
| Charges: | 31.75 USD |

**Retail rates were applied to this shipment**

| Total Charged: | 31.75 USD |
|---|---|

Note: Your invoice may vary from the displayed reference rates.

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

**Responsibility for Loss or Damage**

UPS's liability for loss or damage to each domestic package or international shipment is limited to $100 without a declaration of value. Unless a greater value is recorded in the declared value field of the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. To increase UPS's limit of liability for loss or damage, a shipper may declare a higher value and pay an additional charge. See the UPS Tariff/Terms and Conditions of Service ("UPS Terms") at www.ups.com for UPS's liability limits, maximum declared values, and other terms of service. UPS does not accept for transportation and shippers are prohibited from shipping, packages with a value of more than $50,000. The only exception to the $50,000 per package limit is for a package eligible for the Enhanced Maximum Declared Value of $70,000 per package, as set forth in the UPS Terms. A package is eligible only if it meets the following requirements. The package must be (i) a domestic shipment; (ii) tendered pursuant to shipper's Scheduled Pickup Service; (iii) a UPS Next Day Air(R) delivery service is the service level selected; (iv) processed for shipment using a UPS Shipping System (declarations of value on paper Source Documents are not eligible for Enhanced Maximum Declared Value); and (v) does not contain hazardous material or a Perishable Commodity. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages. All shipments are subject to the terms and conditions contained in the UPS Terms, which can be found at www.ups.com.