# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## FINAL JUDGMENT

May 25, 2018

| Before: | WILLIAM J. BAUER, Circuit Judge |
|         | FRANK H. EASTERBROOK, Circuit Judge |
|         | ILANA DIAMOND ROVNER, Circuit Judge |

| No. 17-1945 | HOLLY B. GERACI, <br> Plaintiff - Appellant <br><br> v. <br><br> UNION SQUARE CONDOMINIUM ASSOCIATION, <br> Defendant - Appellee |
| --- | --- |
| **Originating Case Information:** ||
| District Court No: 1:15-cv-02466 <br> Northern District of Illinois, Eastern Division <br> District Judge Matthew F. Kennelly ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)